

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2022

**BY CM/ECF**
The Honorable Richard J. Sullivan
United States Circuit Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. John Johnson*, 11 Cr. 487 (RJS), 15 Civ. 3956 (RJS)

Dear Judge Sullivan:

The Government writes to update the Court regarding the defendant John Johnson's pending successive motion under 28 U.S.C. § 2255. The parties have conferred and believe that the Second Circuit's decision in the pending case, *United States* v. *Savoca*, 20-1502, will have direct bearing on the legal issues presented by Mr. Johnson's petition, specifically, whether Mr. Johnson's claims are cognizable in a successive Section 2255 motion. In *Savoca*, the defense filed its petition for rehearing/rehearing *en banc* on July 21, 2022, and the petition was fully briefed as of October 14, 2022. Therefore, the parties ask the Court to stay any further briefing and decision on Mr. Johnson's petition until after a decision is reached in *Savoca*. The Government is aware of at least two other successive Section 2255 petitions in this District that raise similar issues that have been stayed pending *Savoca*: *United States v. Rivera*, N0. 12 Cr. 169 (CS), 16 Civ. 4983 (CS), and *United States v. Melo*, No. 07 Cr. 1150 (VM), 11 Civ. 1592 (VM).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Cecilia Vogel
Assistant United States Attorney
(212) 637-1084

```
The Court is in receipt of the parties'
letter jointly requesting a stay of
Defendant John Johnson's successive habeas
petition pending the Second Circuit's
decision in United States v. Savoca,
20-1502.  Because the Court finds that
Savoca bears on the disposition of this
case, IT IS HEREBY ORDERED THAT Defendant
John Johnson's petition is stayed pending
the Second Circuit's decision in Savoca.
IT IS FURTHER ORDRED THAT the parties shall
submit a joint letter addressing the status
of Savoca and the continuing need for a
stay no later than January 20, 2023, or
within 48 hours of the issuance of the
decision in Savoca, whichever comes first.

SO ORDERED.
October 19, 2022   _____
                   RICHARD J. SULLIVAN
                   U.S.C.J., Sitting by Designation
```